[S. F. No. 5879.   Department One.—September 4, 1912.]

GEORGE F. WITTER Jr., Appellant, v. JOSEPHINE A. PHELPS, Respondent.

PRACTICE — DISMISSAL — DELAY IN SERVICE OF SUMMONS.—Judgment affirmed on the authority of *Witter* v. *Phelps, ante,* p. 655, [126 Pac. 593.]

APPEAL from a judgment of the Superior Court of San Mateo County. George A. Sturtevant, Judge presiding.

The facts are similar to those stated in the opinion in *Witter* v. *Phelps, ante,* p. 655, [126 Pac. 593].

George F. Witter, and Henry G. Tardy, for Appellant.

Ross & Ross, for Respondent.

THE COURT.—Appeal by plaintiff from a judgment dismissing the action.

The facts are, in all material respects, like those in *Witter* v. *Phelps, ante,* p. 655, [126 Pac. 593], just decided, except that this action was commenced at an earlier date, and the delay in service was some months longer than in the case referred to. For the reasons stated in S. F. No. 5878, the judgment is affirmed.

Hearing in Bank denied.